# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Francisco RODRIGUEZ ROMERO, *et al.*, <br><br> *Petitioners*, <br><br> VERSUS <br><br> Scott LADWIG, *et al.*, <br><br> *Respondents*. | CIVIL ACTION <br><br> NO, 25-1106-JWD-EWD |

### ORDER

Considering the Petitioners' *Motion for a Temporary Restraining Order/ Preliminary Injunction* (Doc. 7);

**IT IS ORDERED** that a response to the motion shall be filed by **4:00 p.m, on Monday, December 15, 2025,** not to exceed 25 pages excluding attachments. The mover may file a reply brief by **10:00 a.m. on Tuesday, December 16, 2025**, limited to a total of 10 pages. No motion for leave will be required. Sur-Reply briefs will be permitted only with leave of Court for extraordinary reasons supported by sufficient facts.

**IT IS FURTHER ORDERED** that, by **Tuesday, December 16, 2025, at 2:00 p.m.**, the parties shall jointly file a brief describing (1) whether discovery will be needed in this case, and, if so, the scope and amount of discovery; (2) whether an evidentiary hearing will be required, and, if so, how long the hearing is anticipated to last and how many witnesses are anticipated; and (3) if evidentiary hearing is not needed, whether oral argument is requested.

**IT IS FURTHER ORDERED** that a status conference by Zoom is set for **2:00 p.m. on Wednesday, December 17, 2025**. An email with Zoom information will be issued.

**IT IS FURTHER ORDERED** that the Government shall not remove the petitioners from this district or the country while the instant motion is pending and is being considered. *See ITT*

*Cmty. Dev. Corp. v. Barton*, 569 F.2d 1351, 1359 (5th Cir. 1978) (Courts have the authority to enjoin activity that "would have had the practical effect of diminishing the court's power to bring the litigation to a natural conclusion," including orders that preserve the status quo.).

**IT IS FURTHER ORDERED** that a copy of this order shall be sent by petitioners to Assistant U.S. Attorney Katherine Green at Katherine.Green@usdoj.gov and Assistant U.S. Attorney Justin Jack at Justin.Jack@usdoj.gov.

Signed in Baton Rouge, Louisiana, on December 12, 2025.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**