UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANCISCO RODRIGUEZ ROMERO, ET AL.** | |
| | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 25-1106-JWD-EWD** |
| **SCOTT LADWIG, ET AL.** | |

**JUDGMENT**

For written reasons assigned (Doc. 28);

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioners' Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED,** and this case is closed.

Signed in Baton Rouge, Louisiana, on February 6, 2026.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**