UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANCISCO RODRIGUEZ ROMERO, ET AL.** | |
| | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 25-1106-JWD-EWD** |
| **SCOTT LADWIG, ET AL.** | |

## ORDER

Before the Court is an Emergency Motion to Enforce Judgment filed on March 10, 2026, by one of the Petitioners, Ibrahim Mohammed. (Doc. 31). According to the Motion, around 10:40 p.m. on Monday, March 9, 2026, Mr. Mohammed's counsel learned that ICE has re-detained Mr. Mohammed "**again, in apparent violation of this Court's February 6, 2026 Order**." (Doc. 31-1 at 1) (alleging re-detention with "no due process and no indication of changed circumstances").

Counsel has also filed a Motion to Supplement (Doc. 32) the Emergency Motion with two Exhibits (Exhibit A (Doc. 32-1) and Exhibit B (Doc. 32-2)) indicating that while Mr. Mohammed is in ICE custody, his exact location is unknown. Given these representations and filings,

**IT IS ORDERED** that the government has until **8:00 a.m.** on Tuesday, **March 11, 2026**, to file its **response** to the Emergency Motion to Enforce Judgment (Doc. 31).

**IT IS FURTHER ORDERED** that Petitioner Mohammed's Motion to Supplement (Doc. 32) is **GRANTED**, and the Clerk of Court is direct to **SUPPLEMENT** the Emergency Motion to Enforce Judgment (Doc. 31) with the following exhibits:

- Exhibit A -- ICE Detainee Locator as of 3/9/2026 (Doc. 32-1)
- Exhibit B -- ICE Detainee Locator as of 3/10/2026. (Doc. 32-2)

**IT IS FURTHER ORDERED** that a **Status Conference** by **Zoom** is set for **1:00 p.m.** on Tuesday, **March 11, 2026**. An email with Zoom information will be sent ahead of the Conference.

Signed in Baton Rouge, Louisiana, on <u>March 10, 2026</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**