**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FRANCISCO RODRIGUEZ ROMERO, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 25-1106-JWD-EWD** |
| **SCOTT LADWIG, ET AL.** | |

---

### <u>ORDER</u>

Following the March 25, 2026, evidentiary hearing, the Court took the Motion to Enforce Judgment (Doc. 31) under advisement and extended the March 10, 2026, Temporary Restraining Order (Doc. 36) an additional 7 days, through April 7, 2026, in order to allow the Court time to fully consider the testimony and exhibits and to prepare a written ruling. (Doc. 66). Since that extension, the transcript from the hearing was filed into the record on March 31, 2026, (Doc. 67), and then an amended transcript was filed April 2, 2026, (Doc. 69), only a few days before the expiration of the TRO. Considering the timing of the transcript and amended transcript, the volume of cases in this district generally and of removal cases specifically, and the legal and factual complexity of this motion, the Court requires additional time to issue a ruling on the Motion to Enforce Judgment. Accordingly,

**IT IS ORDERED** that the Temporary Restraining Order (Doc. 36) is extended for an additional fourteen (14) days, until **April 21, 2026**. The Court will issue a ruling before the expiration of this period resolving the Motion to Enforce Judgment (Doc. 31).

Signed in Baton Rouge, Louisiana, on <u>April 6, 2026</u>.

 

_____

**JUDGE JOHN W. deGRAVELLES**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**