**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**FRANCISCO RODRIGUEZ ROMERO,**
**ET AL.**
                                                                    **CIVIL ACTION**

**VERSUS**
                                                                    **NO. 25-1106-JWD-EWD**

**SCOTT LADWIG, ET AL.**

<u>**ORDER**</u>

Considering Plaintiff Ibrahim Mohammed's Second Motion to Enforce the Court's Order Granting the Habeas Petition (Doc. 85), a status conference was held on this day to discuss the alleged violation of the Court's Orders (Docs. 28, 75). The Court was informed that Mohammed was detained by ICE this morning in order to begin the third country removal process, that his removal proceedings have not been reopened, and that he has not yet received a Notice of Revocation of Release, informal interview, or Notice of Removal specifying a country to which he will be deported. Respondents' counsel conceded that the Court's orders have been violated.[1] And so,

**IT IS ORDERED** that the Second Motion to Enforce (Doc. 85) is **GRANTED**. Respondents shall **immediately release** Petitioner Ibrahim Mohammed,[2] and shall not re-detain him without due process, as instructed in the Court's previous orders.

---

[1] The Order Granting [First] Motion to Enforce (Doc. 75) outlines procedures for redetention:

> IT IS ORDERED that Petitioner Ibrahim Mohammed's Motion to Enforce (Doc. 31) is GRANTED. Respondents shall release Petitioner within 24 hours of this Order and may only re-detain him in accordance with due process, including giving adequate notice of the reasons for revocation of release and a meaningful opportunity to be heard in response to those reasons. . . .
> IT IS FURTHER ORDERED that Respondents and their officers, agents, employees, attorneys, and persons acting on their behalf or in concert with them are PROHIBITED from removing Petitioner to a country other than Ethiopia without notice and a meaningful opportunity to be heard in re-opened removal proceedings with a hearing before an immigration judge.

(Doc. 75 at 31.)

[2] At the time of writing, Mr. Mohammed is detained in Baltimore. If he has been transferred away from Baltimore, he shall be returned to Baltimore for release.

**IT IS FURTHER ORDERED** that a hearing will be held on **Wednesday, August 5, 2026, at 1:00 p.m. in Courtroom 1**, at which Respondents shall **SHOW CAUSE** why the Court should not find those specific decisionmakers who are responsible for this redetention in contempt of the Court's orders.

**IT IS FURTHER ORDERED** that the person or persons responsible for Mohammed's redetention on July 28, 2026, be available to testify by Zoom. To be clear, the Court seeks testimony of the decisionmaker(s) who ordered and approved this specific redetention.

**IT IS FURTHER ORDERED** that by **Friday, July 31, 2026, at noon**, the parties shall submit simultaneous briefs, limited to ten (10) pages each, setting out their positions on Respondents' violation of the Court's orders and all relevant facts related to Mohammed's current detention, including identification of witnesses for hearing. Simultaneous reply briefs, limited to five (5) pages each, will be due **Monday, August 3, 2026 at noon**.

Signed in Baton Rouge, Louisiana, on <u>July 28, 2026</u>.

 

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**