## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

FRANSCISCO RODRIGUEZ                                    CIVIL ACTION
ROMERO, ET AL.

VESUS                                                              NO. 25-1106-JWD-EWD

SCOTT LADWIG, ET AL.

## <u>ORDER</u>

A Show Cause Hearing is set for August 5, 2026, to determine why the specific decisionmakers who were responsible for the July 28, 2026, re-detention of Petitioner, Ibrahim Mohammed, should not be held in contempt. (Doc. 87.)

Mr. Mohammed, "a native Amharic speaker" who is "not fluent in English," (Doc. 43), intends to testify at the hearing on August 5. For the reasons given in this Court's prior Order granting Mr. Mohammed's request for an Amharic interpreter during court proceedings, (Doc. 43), and pursuant to 28 U.S.C. §§ 1827(b)(3), (d)(1)(A), and (h),[1]

---

[1] Often referred to as the Court Interpreter's Act, 28 U.S.C. § 1827 allows a district court to appoint an interpreter for a person not proficient in English, like Mr. Mohammed:

> The presiding judicial officer, with the assistance of the Director of the Administrative Office of the United States Courts, shall utilize the services of the most available certified interpreter . . . in judicial proceedings instituted by the United States, if the presiding judicial officer determines . . . that such party . . . or a witness who may present testimony in such judicial proceedings—
> (A)     speaks only or primarily a language other than the English
>           language . . . .

28 U.S.C. § 1827(d)(1)(A); *see also* 28 U.S.C. § 1827(j) (defining "judicial proceedings" to include a "petition for a writ of habeas corpus initiated in the name of the United States by a relator"); *Guide to Judiciary Policy*, Vol. 5 § 230 ("Habeas corpus petitions filed under 28 U.S.C. §§ 2241 or 2254 and § 2255 motions are considered 'judicial proceedings instituted by the United States' as defined by 28 U.S.C. § 1827(j)."). And when the appointment of an interpreter is warranted, the Court will cover the costs. *See* 28 U.S.C. §§ 1827(b)(3), (h).

**IT IS ORDERED** that Court will again provide an Amharic interpreter for Mr. Mohammed, at Court expense, for the Show Cause Hearing set for Wednesday, August 5, 2026 at 1:00 p.m.

Signed in Baton Rouge, Louisiana, on July 31, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**