**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FRANSCISCO RODRIGUEZ ROMERO, ET AL.** | **CIVIL ACTION** |
| **VESUS** | **NO. 25-1106-JWD-EWD** |
| **SCOTT LADWIG, ET AL.** | |

**ORDER**

A continuation of the August 5, 2026 Show Cause Hearing is set for August 19, 2026, during which the Court will issue its reasons for judgment on civil contempt. (Doc. 102).

As previously recognized, Mr. Mohammed is "a native Amharic speaker who is not fluent in English," (Doc. 92). So that he may fully understand this Court's judgement and oral reasons at the August 19 hearing, the Court again finds he is entitled to an Amharic interpreter during court proceedings pursuant to 28 U.S.C. §§ 1827(b)(3), (d)(1)(A), and (h).[1] Therefore,

---

[1] Often referred to as the Court Interpreter's Act, 28 U.S.C. § 1827 allows a district court to appoint an interpreter for a person not proficient in English, like Mr. Mohammed:

> The presiding judicial officer, with the assistance of the Director of the Administrative Office of the United States Courts, shall utilize the services of the most available certified interpreter . . . in judicial proceedings instituted by the United States, if the presiding judicial officer determines . . . that such party . . . or a witness who may present testimony in such judicial proceedings—
> (A)      speaks only or primarily a language other than the English
>          language . . . .

28 U.S.C. § 1827(d)(1)(A); *see also* 28 U.S.C. § 1827(j) (defining "judicial proceedings" to include a "petition for a writ of habeas corpus initiated in the name of the United States by a relator"); *Guide to Judiciary Policy*, Vol. 5 § 230 ("Habeas corpus petitions filed under 28 U.S.C. §§ 2241 or 2254 and § 2255 motions are considered 'judicial proceedings instituted by the United States' as defined by 28 U.S.C. § 1827(j)."). And when the appointment of an interpreter is warranted, the Court will cover the costs. *See* 28 U.S.C. §§ 1827(b)(3), (h).

**IT IS ORDERED** that the Court will provide an Amharic interpreter for Mr. Mohammed, at Court expense, for the continuation of the Show Cause Hearing set for Wednesday, August 19, 2026 at 3:00 p.m.

Signed in Baton Rouge, Louisiana, on <u>August 6, 2026</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**